CO-386
10/2018

# United States District Court
# For the District of Columbia

Citizens United )
)
)
)
Plaintiff )
vs )     Civil Action No. __21-1962_____
)
United States Department of State )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Citizens United_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Citizens United_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Jeremiah L. Morgan
Signature

1012943
BAR IDENTIFICATION NO.

Jeremiah L. Morgan
Print Name

370 Maple Ave., W, Ste. 4
Address

Vienna, VA  22180-5615
City            State           Zip Code

703-356-5070
Phone Number