IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　　　*Defendant*. | Case No. 1:21-cv-01962 |

**JOINT STATUS REPORT**

　　Pursuant to this Court's Minute Order of April 4, 2022, Plaintiff Citizens United and Defendant the U.S. Department of State ("State" or the "Department") submit this joint status report:

　　1.　　This case involves a Freedom of Information Act ("FOIA") request submitted by Plaintiff on May 6, 2021. As noted in the parties' last Joint Status Report (ECF No. 9), Plaintiff and the Department have reached an agreement to narrow the scope of the request, which now seeks emails, letters, and/or memos sent to, sent from, or drafted by fifteen Department officials that include any of the following terms: WestExec; WestExec Advisors, LLC; WestExec Ventures, LLC; WestExec Capital Partners, LLC; WestExec Investments, LLC; Pine Island Capital Partners, LP; Certificate of Divestiture; and Certification of Ethics Agreement Compliance. Pursuant to the parties' narrowing agreement, the request has further been narrowed to records that substantively mention the entities listed in the request. The date range covered by the FOIA request is January 20, 2021 to May 6, 2021.

2. With respect to the status of Plaintiff's FOIA request, State made a further production of non-exempt, responsive material on April 21, 2022. State processed approximately 518 pages of potentially responsive material in connection with this production and released 2 records totaling 3 pages. The Department anticipates making its next production on June 2, 2022, and continuing to make productions every six weeks thereafter until all responsive records subject to the FOIA have been produced. State will endeavor, in good faith, to process as many records as possible during each six-week period.

3. The parties propose that they file a further joint status report on July 22, 2022, and every 60 days thereafter, to update the Court on the status of State's processing of Plaintiff's FOIA request.

| | |
|---|---|
| Dated: May 23, 2022 | Respectfully submitted, |
| */s/ Jeremiah L. Morgan* | BRIAN M. BOYNTON |
| Jeremiah L. Morgan | Principal Deputy Assistant Attorney General |
| (D.C. Bar No. 1012943) | |
| William J. Olson | ELIZABETH J. SHAPIRO |
| (D.C. Bar No. 233833) | Deputy Director, Federal Programs Branch |
| William J. Olson, P.C. | |
| 370 Maple Avenue West, Suite 4 | */s/ Joseph J. DeMott* |
| Vienna, VA 22180-5615 | JOSEPH J. DEMOTT (Virginia Bar No. 93981) |
| 703-356-5070 (telephone) | Trial Attorney |
| 703-356-5085 (fax) | U.S. Department of Justice |
| wjo@mindspring.com (e-mail) | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| *Counsel for Plaintiff* | Washington, D.C. 20005 |
| | Telephone: (202) 514-3367 |
| | Facsimile: (202) 616-8460 |
| | E-mail: Joseph.DeMott@usdoj.gov |
| | |
| | *Counsel for Defendant* |